# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL GONZALES,<br><br>        Petitioner,<br><br>  v.<br><br>MIKE MARTEL,<br><br>        Respondent. | NO. CV 08-4087-AHS (MAN)<br><br>ORDER ADOPTING FINDINGS,<br>CONCLUSIONS, AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, all of the records herein, the Amended Report and Recommendation of United States Magistrate Judge, and Petitioner's Opposition.  The Court has conducted a de novo review of those matters to which objections have been stated.  Having completed its review, the Court accepts and adopts the Magistrate Judge's Amended Report and Recommendation, and the findings of fact, conclusions of law, and recommendations therein.

    IT IS ORDERED that:  (1) Respondent's motion to dismiss is granted on the ground that the Petition is untimely; and (2) Judgment shall be entered dismissing this action with prejudice.

     IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner and counsel for Respondent.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:     April 2, 2010     .

                              ALICEMARIE H. STOTLER
                              _____
                              ALICEMARIE H. STOTLER
                              UNITED STATES DISTRICT JUDGE